UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID EDUARDO MEJIA MARTINEZ,

Petitioner,

v.

WARDEN, et al.,

Respondents.

Case No. 5:26-cv-01090-SRM (AS)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF A UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the Answer to Petition for Writ of Habeas Corpus, the Reply to Respondent's Answer to Petition for Writ of Habeas Corpus, and the Report and Recommendation of a United States Magistrate Judge ("R&R"). Dkts. 1, 12, 14, 15. No party filed objections to the R&R.

Accordingly, the Court accepts the findings and conclusions of the Magistrate Judge and **GRANTS** the Petition. Respondents are **ORDERED** to provide Petitioner with an individualized bond hearing before an immigration judge, pursuant to 8 U.S.C. § 1226(a), within seven days of the date of this order. If Respondents do not provide Petitioner with a bond hearing within seven days, they are **ORDERED** to immediately release him on the eighth day of the date of this order. Respondents must submit a declaration confirming

-1-

either that (1) Petitioner received a bond hearing and the result of that hearing or (2) that Petitioner has been released from immigration custody. That declaration is due two days after the bond hearing or after his release from immigration custody. The Court will issue a separate judgment.

The Clerk of Court is **DIRECTED** to serve copies of this order, the R&R, and the judgment on Petitioner and Respondents' counsel.

**IT IS SO ORDERED.**

Dated: April 28, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE