JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID EDUARDO MEJIA MARTINEZ,

                    Petitioner,

        v.

WARDEN, et al.,

                    Respondents.

Case No. 5:26-cv-01090-SRM (AS)

**JUDGMENT**

        Pursuant to the Order Accepting Report and Recommendation of a United States Magistrate Judge, the Petition is **GRANTED**.

        **IT IS SO ORDERED.**

Dated: April 28, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-